# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:14-CV-00182-RLV-DCK

| | |
|---|---|
| CARLA GUINN, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| **Defendants.** | ) |

**BEFORE THE COURT** is Plaintiff's "Motion for Attorney Attorney's Fees under the Equal Access to Justice Act." (Doc. 26). Plaintiff sought attorney's fees, costs, and expenses in the amount of $6,498.13. *Id.* Subsequent to the filing of the motion, Plaintiff and Defendant agreed that a fee of $5,300.00 was warranted and have requested that this Court approve the EAJA fee in said amount. (Doc. 28).

Pursuant to the power of this Court to award fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's April 23, 2016 order remanding this case to the Commissioner for further administrative proceedings **IT IS HEREBY ORDERED** that the Court will award attorney's fees in the amount of $5,300.00. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Pursuant to the United States Supreme Court's ruling in *Astrue v. Ratliff*, 130 S. Ct. 1251 (2010), these attorney's fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may

owe to the government.  If, subsequent to the entry of this Order, the Commissioner determines that Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor Plaintiff's July 2014 signed assignment of EAJA fees, providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff.  If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner shall pay any remaining attorney's fee to Plaintiff's counsel in accordance with the above agreement.

Signed: May 9, 2016

Richard L. Voorhees
United States District Judge